UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE DEFUSO, | : |
| Plaintiff | : CIVIL ACTION NO. 3:21-507 |
| v. | : (JUDGE MANNION) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : |
| Defendant | : |

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The defendant's motion to dismiss **(Doc. 8)** is **GRANTED IN PART AND DENIED IN PART**. The defendants motion is **GRANTED** with respect to the plaintiff's UTPCPL claim. The UTPCPL claim is **DISMISSED**. The defendant's motion is **DENIED** at this stage with respect to the plaintiff's bad faith claim. The bad faith claim will proceed.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: March 21, 2022
21-507-01-ORDER